The Honorable Karen A. Overstreet
Chapter 13
Hearing Date: June 13, 2008
Hearing Time: 9:30AM
Hearing Location: U.S. Courthouse, Seattle, WA
Response Due: June 6, 2008

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

DOLORES HARDY,

Debtor(s).

Case No. 07-12554

Chapter: 13

ORDER GRANTING MODIFICATION OF THE CHAPTER 13 PLAN

**THIS MATTER** having come on for hearing before the undersigned judge of the above-entitled court on Debtor's motion for modification of the Chapter 13 Plan, the Court having reviewed the files and records herein and being fully advised in the premises, now, therefore, it is hereby

**ORDERED** that modification of the Debtor's Chapter 13 plan dated May 13, 2008 is granted.

DONE IN OPEN COURT this ___ day of June, 2008.

*/s/ Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

ORDER GRANTING MODIFICATION OF PLAN
(07-12554) - 1

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE, SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

Presented by:

SEATTLE DEBT LAW, LLC


By:/s/ Christina M. Latta
Christina M. Latta, WSBA #31273
Attorneys for Dolores Hardy

ORDER GRANTING MODIFICATION OF
PLANMODIFICATION OF THE CHAPTER 13 PLAN
(07-12554) - 2

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE, SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148